UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**

CASE NO.: 1:17-CV-23252-DMW

MARIA ROJAS,

    Plaintiff

v.

THE VILLAS AT UNIVERSITY SQUARE
CONDOMINIUM ASSOCIATION, INC., a
Florida not-for-profit corporation, and GUILLERMO
M. MANCEBO, P.A. d/b/a MANCEBO LAW
GROUP, P.A., a Florida corporation,

    Defendants.
_____/

## NOTICE OF FILING CLASS ACTION SETTLEMENT AGREEMENT AND RELEASE

Plaintiff, Maria Rojas, and Defendants, The Villas at University Square Condominium Association, Inc., and Guillermo M. Mancebo, P.A. d/b/a Mancebo Law Group, P.A., hereby notify the Court that they have agreed upon terms of a class-wide settlement which is attached hereto.

Dated: April 25, 2018
       Boca Raton, FL

                                  Respectfully submitted,

                                  **SHENDELL & POLLOCK, P.L.**
                                  *Attorneys for Mancebo Defendant*
                                  2700 North Military Trail - Suite 150
                                  Boca Raton, Florida 33431
                                  Phone: (561) 241-2323
                                  Fax:   (561) 241-2330
                                  Email:  ken@shendellpollock.com

                                  By:   */s/ Kenneth S. Pollock*
                                        Kenneth S. Pollock, Esq.
                                        Florida Bar No.: 69558

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 25th day of April, 2018.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: s/ Kenneth S. Pollock
          Kenneth S. Pollock

## SERVICE LIST

| | |
|---|---|
| Thais Hernandez, Esq.<br>The Law Office of Thais Hernandez, Esq.<br>8004 N.W. 154 Street #414<br>Miami Lakes, Florida 33016<br>thernandezlaw@bellsouth.net<br>*Attorney for Plaintiff*<br><br>**[VIA CM/ECF]** | Alejandro Vilarello, Esq.<br>Alejandro Vilarello, P.A.<br>16400 NW 59th Avenue, 2nd Fl.<br>Miami Lakes, FL 33014<br>avlaw@vilarello.com<br>*Co-Counsel for Plaintiff*<br><br>**[VIA CM/ECF]** |
| Jennifer Ruiz, Esq.<br>Cole, Scott & Kissane Building<br>9150 South Dadeland Boulevard<br>Suite 1400<br>Miami, Florida 33156<br>Jennifer.Ruiz@csklegal.com<br>*Attorney for Association*<br><br>**[VIA CM/ECF]** | |

W:\Files\Mancebo Law P.A. Adv. Rojas\Pleadings\PLEAD - NOF Class Action Settlement Agreement & Release.Docx