UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**

CASE NO.: 1:17-CV-23252-DMW

MARIA ROJAS,

    Plaintiff

v.

THE VILLAS AT UNIVERSITY SQUARE
CONDOMINIUM ASSOCIATION, INC., a
Florida not-for-profit corporation, and GUILLERMO
M. MANCEBO, P.A. d/b/a MANCEBO LAW
GROUP, P.A., a Florida corporation,

    Defendants.
_____/

## NOTICE OF FILING

    The Defendant, Guillermo M. Mancebo, P.A. d/b/a Mancebo Law Group, P.A., by and through undersigned counsel, hereby gives notice of filing the attached proposed Order Granting Final Approval of Class Action Settlement and Dismissal with Prejudice in connection with this matter.

    Dated: September 27, 2018
           Boca Raton, FL

                                    Respectfully submitted,

                                    **SHENDELL & POLLOCK, P.L.**
                                    *Attorneys for Mancebo Defendant*
                                    2700 North Military Trail - Suite 150
                                    Boca Raton, Florida 33431
                                    Phone: (561) 241-2323
                                    Fax:    (561) 241-2330
                                    Email:   gary@shendellpollock.com

                                    By:    *s/ Gary R. Shendell, Esq.*
                                             Gary R. Shendell, Esq.
                                             Florida Bar No.: 964440

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 27th day of September, 2018.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

           By:   *s/ Gary R. Shendell, Esq.*
             Gary R. Shendell, Esq.

## SERVICE LIST

| | |
|---|---|
| Thais Hernandez, Esq.<br>The Law Office of Thais Hernandez, Esq.<br>8004 N.W. 154 Street #414<br>Miami Lakes, Florida 33016<br>thernandezlaw@bellsouth.net<br>*Attorney for Plaintiff*<br><br>**[VIA CM/ECF]** | Alejandro Vilarello, Esq.<br>Alejandro Vilarello, P.A.<br>16400 NW 59th Avenue, 2nd Fl.<br>Miami Lakes, FL 33014<br>avlaw@vilarello.com<br>*Co-Counsel for Plaintiff*<br><br>**[VIA CM/ECF]** |
| Jennifer Ruiz, Esq.<br>Cole, Scott & Kissane Building<br>9150 South Dadeland Boulevard<br>Suite 1400<br>Miami, Florida 33156<br>Jennifer.Ruiz@csklegal.com<br>*Attorney for Association*<br><br>**[VIA CM/ECF]** | |